OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 NOV 10 2015

11/5/2015
RAMIREZ, MANUEL OSCAR   Tr. Ct. No. 1058694-A          WR-84,111-01
On this day, this Court has granted the trial court's request for an extension of time pursuant to T.R.A.P. 73.5. The clerk's record containing the 11.07 writ application is due in this Court on Monday, December 21, 2015.

Abel Acosta, Clerk

MANUEL OSCAR RAMIREZ          N S N
3950 HOLLISTER
HOUSTON, TX 77080